742

No. 158. Webb *v.* Ragen, Warden. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 159. New York ex rel. Smith *v.* Morhous, Warden. October 9, 1944. Petition for writ of certiorari to the Washington County Court, State of New York, denied. *John P. Smith, pro se. Messrs. Nathaniel L. Goldstein,* Attorney General of New York, *Orrin G. Judd,* Solicitor General, *Wendell P. Brown,* First Assistant Attorney General, *Patrick H. Clune,* and *Herman N. Harcourt,* Assistant Attorneys General, for respondent.

No. 163. New York ex rel. Montagno *v.* Morhous, Warden. October 9, 1944. Petition for writ of certiorari to the Supreme Court of New York denied. *Michael Montagno, pro se. Messrs. Nathaniel L. Goldstein,* Attorney General of New York, *Orrin G. Judd,* Solicitor General, *Wendell P. Brown,* First Assistant Attorney General, *Patrick H. Clune,* and *Herman N. Harcourt,* Assistant Attorneys General, for respondent.

No. 164. Adams *v.* Nierstheimer, Warden. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 165. Whaley *v.* United States. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. F. Kemp* for petitioner. *Solicitor General Fahy, Assistant Attorney*

*General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *William Strong* for the United States.

No. 190. AUDETT *v.* JOHNSTON, WARDEN. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Theodore James Audett, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *Leon Ulman* for respondent.

No. 193. BOLDS *v.* RAGEN, WARDEN. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 198. GRANT *v.* ILLINOIS. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 213. DAVIS *v.* RAGEN, WARDEN. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 214. TUTTLE *v.* RAGEN, WARDEN. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 235. YETTER *v.* ILLINOIS. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.